State *v.* Whittington—186 Ind. 700.

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Draper* (1917), *ante* 332, 116 N. E. 422. On the authority of that opinion the judgment herein is affirmed.

---

## STATE OF INDIANA *v.* STANK.

[No. 23,032. Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Ben Stank. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *Bedford* (1917), *ante* 297, 116 N. E. 423. On the authority of that opinion the judgment herein is affirmed.

---

## STATE OF INDIANA *v.* WHITTINGTON.

[No. 23,052. Filed June 6, 1917.]

From Sullivan Circuit Court; *William H. Bridwell,* Judge.

Prosecution by the State of Indiana against Ben F. Whittington. From a judgment quashing the indictment, the State appeals. *Affirmed.*

*Evan B. Stotsenburg,* Attorney-General, *Omer S. Jackson* and *Wilbur T. Gruber,* for the State.

*John W. Lindley* and *Walter F. Wood,* for appellee.

LAIRY, J.—The same questions are presented by the appeal in this case as were presented and decided in the case of *State* v. *McCrocklin* (1917), *ante* 277, 115 N. E. 929. On the authority of that case the judgment herein is affirmed.